# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUAN PHAM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 3:18-cv-0154 |
| | ) |
| AETNA, INC., MARK T. BERTOLINI, ELLEN M. HANCOCK, BETSY Z. COHEN, FRANK M. CLARK, EDWARD J. LUDWIG, JEFFREY E. GARTEN, FERNANDO AGUIRRE, MOLLY J. COYE, RICHARD J. HARRINGTON, JOSEPH P. NEWHOUSE, ROGER N. FARAH, AND OLYMPIA J. SNOWE, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Luan Pham ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: February 28, 2018    **LEVI & KORSINSKY, LLP**

By: *s/ Shannon L. Hopkins*
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, CT 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

**OF COUNSEL**

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
         etripodi@zlk.com

*Attorneys for Plaintiff*